Case 2:24-cv-00237   Document 29   Filed on 10/08/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 08, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EL CONSTANTE COUNCIL OF CO-OWNERS, INC., | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 2:24-CV-00237 |
| MOUNT VERNON FIRE INSURANCE COMPANY, *et al.*, | § § § | |
| Defendants. | | |

### ORDER

The Court recently held a motion hearing, at which the parties discussed the pending cross-motions for summary judgment. *See* September 11, 2025 Minute Entry. The Court took the parties' arguments under advisement and will issue a written ruling on the pending motions for summary judgment. Until the ruling issues, however, because of the rapidly approaching deadlines and the trial setting, the Court **STAYS** all remaining deadlines and settings in this matter.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
October 8th, 2025